FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAR 02 2004

By: _____ DEPUTY

In the U.S. District Court Northern District of Iowa
Cedar Rapids Division

James Lee Mathias

    Plaintiff

V.

Chief Magistrate Stuart Werling
Iowa State Trooper Sgt. Shinker
Iowa State Trooper Robert Smith #320
Oriville from the Cedar County
 Sheriff's Department
Unknown operators of the Cedar
County Jail
Unknown State actors

    Defending in personal capacities

**Complaint for Declaratory and Injunctive Relief under 42 U.S.C. 1983 et seq.**

C04-25 EJM

**Equity delights in justice, and not in halves
Lots of articles in local newspapers lately
about traffic court corruption.**

**Basis for Jurisdiction - 42 USC section 1983**..................................................Page 2

**Basis for Venue for this action**..................................................Page 2

**We do not know all who conspired here**..................................................Page 2

**1st cause of action : 5th Amendment taking in violation of 14th Amendment**..................................................Page 2

**2nd cause of action: Violation of Mathias's Right to not self-incriminate**..........Page 3

**3rd cause of action: Denial of Right to counsel of Choice** :..................................Page 4

**4th cause of action : Violation of Mathias's 4th amendment Right's**................Page 4

**5th cause of action: Blocking Mathias's political communication and association.
1st and 14th Amendments**..................................................Page 4

**6th cause of action : False arrest**..................................................Page 5

**7th cause of action : Violation of Free Exercise of Religious Beliefs**..................Page 5

**8th cause of action: Denial of Speedy Trial**..................................................Page 6

Case 1:04-cv-00025-EJM    Document 1    Filed 03/02/04    Page 1 of 9

**Prayer**..................................................................................................Page 6

**Exhibit**...............................................................................................Page 7, 8, 9
    Affidavit Mathias was denied Counsel of his choosing by
    Chief Magistrate Werling

### Basis for Jurisdiction

1. This Court has jurisdiction under 42 USC section 1983.

2. This court has jurisdiction under the U.S. Constitution which is, after all, self-enabling. Authority:

    *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics* (1971) 29 L.Ed. 2d, 403 US

    388, 91 S.Ct. 1999.

3. This Court's code for the main cause of action is 42: 1983cv.

### Basis for venue for this action

4. Venue is proper here because the acts forming the basis of the complaint happened in this judicial

    district.

5. Venue is proper here because the defendants are state actors employed by a municipality acting under

    color of state law.

### We do not know all who conspired here

6. We do not know the names of all the people who committed these torts.

    **Summary of the case: Iowa State Troopers criminalized the exercise of Constitutional Rights to enforce Commercial Driving statutes while taking property and then the Chief Magistrate denies Counsel of Choice.**

### General allegation pertaining to all causes of action

7. We assert every other paragraph of this complaint into every cause of action.

8. In committing the acts described herein all defendants subjected Mathias to deprivation of his

    his rights, privileges, and immunities secured by the US constitution and the Iowa Constitution

    and the laws made there under.

9. All defendants are state actors acting under color of statutes, ordinances, regulations, customs, and/or usage, of the State of Iowa, County of Tipton and other laws and regulations.

10. Defendants are applying Iowa Code 321 section 11 which states : *For purposes of administering ad enforcing the commercial drivers license provisions:*

11. Iowa Code 321.174 Operators licensed - *operator of commercial motor vehicles.*
    1. A person, except those expressly exempted, shall not operate
       any *motor vehicle* upon the highway in this state unless the
       person has a drivers license issued by the department valid
       for the vehicles operation.

12. Defendant are acting under color of law and enforcing commercial vehicle statutes against the Accused.

### 1st cause of action: 5th Amendment taking in violation of the 14th Amendment

13. State troopers took Mathias wallet, a picture ID, his freedom and criminalized his exercise of constitutional rights and conducted a 5th amendment taking in violation of the 14th amendment.

14. Taking Mathias freedom, impounding his vehicle and taking his picture ID violates the taking clause which reads:

    " No state shall make or enforce any law which shall abridge the privileges
    or immunities of Citizens of the United states; nor shall any state deprive
    any person of life liberty, liberty or property, without due process of law;"
    *-14th Amendment privileges and immunities clause*

15. The pre-textual traffic stop and false arrest was based on a mis-applied motor vehicle statute.

### 2nd cause of action: Violation of Mathias Right to not self-incriminate

16. Officers questioned Mathias without informing him of the nature of the questions.

17. Officers never informed Mathias if he was under arrest and never read him his Miranda rights and never informed Mathias if there was a warrant out for his arrest.

18. Mathias refused to provide incriminating information and was charged with Interference with Official Acts and Fail to comply with Order of a Peace Officer incriminating the exercise of his Constitutional rights.

19. The exercise of a Constitutional Right cannot be converted into a crime. Authority:
   -*Miranda v. Arizona, 16 lawyers edition 2nd 694*

20. The Iowa State Highway Patrol have refused to respond to administrative procedures in attempt to resolve the torts they committed against Mathias.

### 3rd cause of action of action: Denial of Counsel of Choice

21. Chief Magistrate Werling has created a controversy and ruled on said controversy outside his Jurisdiction with respect to the Counsel issue.

22. On or about January 7, 2004, Mathias appeared with Constitutional non-bar Counsel John-Edward : Weise in magistrate Werling's court.

23. Magistrate Stuart Werling denied Mathias the Counsel of Choice, Weise.

24. Mathias had no Counsel at his pre-trial conference.

25. Mathias has been assigned Public defender Don Schroeder.

26. Schroeder has motioned twice to be taken off of Mathias's case, was taken off, and was ordered back on Mathias's case by Chief Magistrate Werling.

27. With Effective Assistance of Counsel, Mathias would be able to demonstrate to Chief Magistrate Werling that the statutes being enforced against Mathias are for professional truck drivers.

28. One of the Members of Mathias's Team that are prosecuting a Defense is an associate of Federal Attorney Douglas Palaschak and is successful in traffic court litigation.

29. A Motion was filed for the assistance of an associate of Federal Attorney Douglas Palaschak to be non-bar Counsel was filed and denied by Magistrate Werling.

### 4th cause of action : Violation of 4th Amendment

28. State Troopers took a picture ID from Mathias.

29. That picture ID was never returned to him.

### 5th cause of action: Blocking Mathias' political communication and association : 1st and 14th Amendments

30. Mathias picture ID issued to him mentioned in sentences 28 and 29 was issued to him by a political group he associates with under the 1st Amendment.

31. The group Mathias associated with like himself has sincerely held Religious Beliefs and Practices.

Page 4

## 6th cause of action : False Arrest

32. Iowa State Troopers stopped Mathias in order to conduct a criminal *fishing expedition*.

33. The Iowa State Troopers requested from Mathias a license to operate motor vehicles as defined by Iowa Code 321 section 11 and 321.174.

34. The Iowa Code that governs drivers licenses are statutes written to regulate license professional Drivers of motor vehicles.

35. When Iowa State Troopers along with the Cedar County Sheriffs Department arrested Mathias, he was not engaged in any activity that required licensing by Iowa Code.

36. The Iowa State Troopers were attempting to make him represent that he was engaged in an activity for which he was not licensed to engage in according to Code of Iowa statutes.

37. Iowa State Troopers are state actors who acted under color of law to conduct an arrest of the liberty of James Mathias in order to conduct a criminal *fishing expedition* in order to mis-apply Iowa motor vehicle code.

38. Mathias initiated 5th Amendment Right s because he knew Iowa State Troopers along with the Cedar County Sheriffs Depart were conducting an investigation.

39. The law states that you are under arrest from the time the lights of the squad car come on.

## 7th cause of action " Violation of the Free Exercise of Religious Beliefs

40. Mathias attended Catholic schools.

41. Mathias departed from the Catholic faith due to Doctrinal differences.

42. The right to not self-incriminate is a fighting clause and is rooted in Christ's refusal to answer Pilate :

43. In Public Law 96-1211 the President and Congress acknowledge the Bible to be the Word of god and our need as a nation to study and apply the principals of Holy Scripture.

44. Title 42 section 2000,b,d is the Religious Freedom Restoration Act of 1993 and is a statute set forth by the President and Congress for the purposes of :

   1.) to restore the compelling interest test as set forth in Sherbert v. Verner, 374
   U.S. 398 (1963) and Wisconsin v. Yoder, 406 U.S. 205 (1972) and to guarantee
   its application in all cases where free exercise of religion is substantially burdened;

   And

Page 5

2.) to provide a claim or a defense to persons whose religious exercise is substantially burdened by government.

45. The word Counsel as used in the Constitution is derived from the a Hebrew word from the Old Testament.

46. Two good Christian men have been not allowed to come to the aid of Mathias and Counsel him due to Magistrate Werling's rulings.

46. These rulings by Magistrate Werling, denying Mathias Counsel, are stopping him from properly explaining his convictions concerning his Religious Beliefs belief's and training and at the same time violating his right to associate.

### 8th cause of action : Denial of speedy Trial

47. Mathias has motioned Magistrate Werling concerning the Iowa rule of criminal procedure 27(2) that requires that criminal defendants must be brought to trial.

48. Werling has ignored this rule and continues to move against Mathias.

**Relief requested**

49. Declare Mathias right to procedural criminal due process rights.

50. Declare Mathias right to Counsel, not an attorney.

51. Declare Mathias right to a speedy trial.

52. Declare Mathias right to remain silent.

53. An injunction against state proceedings until the above federal questions are answered.

Respectfully submitted,

James Lee Mathias

Page 6

# AFFIDAVIT OF TRUTH

I John-Edward : Wiese affirm under penalty of perjury both within, and without the United States that the following statements are true, correct, complete, and certain to the best of my knowledge.

1. On or about January 7th 2004 I John-Edward : Wiese hereafter called Wiese, entered into a contract with James Lee Mathias to be Counsel. This right is affirmed in Article 6 of the Bill of Rights.

2. I Wiese, filed a motion of appearance in the District Court Cedar County, Tipton Iowa As per Iowa Rules of Civil and criminal Procedure.

3. I Wiese sat at the Bar beside James Lee Mathias when his hearing was initiated. Magistrate Bradley Norton did not ask me to step down.

4. I Wiese waited until the Cedar County Attorney presented his case. In his presentation he stated he received a letter from James Lee Mathias objecting to his use of his all capital letter name.

5. When the prosecutor had finished I move the case against James Lee Mathias be dismissed with Prejudice because of the rule that states you must prosecute in the real name.

6. Magistrate Norton turned on a tape recorder and asked if I was an Attorney. I turned on my tape recorder also. I Wiese replied I was not an Attorney but a counselor at law as provided by article 6 of bill of Rights. I stated James Lee Mathias had the right to council. I also stated I was under obligation of contract with Mathias as per Article 1 section 10 in the U S Constitution.

7. I Wiese read the rule out of the Iowa rules to magistrate Norton, and Article 1 section 10, along with Article 6 of the Bill of Rights. I had accepted Norton's oath of office binding him to uphold the U S Constitution and the Iowa state constitution. I also read to him Article 6 of the US Constitution that binds all Judges to uphold the Constitution.

8. Magistrate Norton again tried to make me admit that I was an attorney. I Wiese again stated I was a counselor at Law and repeated statements found in # 6 above.

9. I read out of my Citizens rulebook the case law found on Page 7 stating it was positive law and had checked it with Westlaw, and it was valid today. Copy of page 7 attached.

10. Norton asked me to step off the Bar, I refused stating he was denying James Lee Mathias his Constitutional rights, and I was under obligation of contract. I also stated I had more authority then any elected official including the president of the

United States. After more dialogs like the above Norton called for a recess.

11. When court reconvened Norton stated he was going to recuse himself because he had previous dealings with me. I stated he didn't have the authority to recuse himself, and I could have had him recuse himself, but wanted to go before him. Norton then left the room.

12. Magistrate Stuart Werling asked if I was an attorney. I stated I was a counselor at law and reiterated the above. I also accepted his oath of office and bound him to uphold the Constitution US and Iowa.

13. Werling asked Wiese to remove himself to the back of the courtroom, I refused and again stated I was under obligation of Contract, and Mathias had the right of counsel as per above articles.

14. After more of the above Werling asked the Bailiff to remove Wiese from the Bar. I asked Werling if he understood what the US Constitution said above, and stated he was violating both my rights, and the rights of Mathias.

15. I Wiese asked the Bailiff what he was going to do. He replied that he was going to follow instructions of the Judge and County attorney. I Wiese accepted his oath of office binding him to Both above Constitutions, and stated he was violating both my rights and Mathias's rights. I gave him his Miranda rights and asked if he understood them. I quickly spoke to Werling and said I do not consent to stepping down from the Bar, but you placed me under extreme duress, and because of cause of necessity only I would step down. I lastly said I don't consent before stepping down.

16. James Lee Mathias accepted Werling's oath of office and stated he was being denied due process having entered into a contract with me Wiese to be counsel as per the US Constitution. Mathias repeatedly made it known that is due process was being violated.

17. Magistrate Werling appointed the same attorney that had removed himself from Mathias's case approximately 4 days before. This was done even though the County attorney made it known to magistrate Werling He wouldn't be happy about it. Werling's response was crude and still appointed the same attorney. This again was done with Mathias objecting to this and being told he couldn't object to an order.

18. I Wiese am a Private Citizen and have never given up any of my God given rights freely, willingly, or voluntarily. James Lee Mathias is a Private Citizen and has to the best of my knowledge ever given up any of his god given rights freely, willingly or voluntarily.

19. I John Edward : Wiese "R" sign my name like at the left. In Se means as myself. My seal is my thumbprint.

20. I John-Edward : Wiese "R" am over the age of 21 and of sound state and mind. All of the witness's signing this affidavit can affirm statements 19. & 20. and have known me for over 1 year.

John-Edward : Wiese "R"   Date 2-27-2004

In Se *John-Edward : Wiese "R"*

Nancy Caroline Bell   Date 2-27-2004

In Se *Nancy Caroline Bell*

Joseph Edward Manley   Date 27 Feb 2004

In Se *Joseph Edward Manley*

*Robert K Koos*

ROBERT K KOOS
Commission Number 718376
MY COMMISSION EXPIRES
MAY 6, 2005